**Juan PORTILLO, Plaintiff–Appellant,**

v.

**Steven F. FISHER, Defendant–Appellee.**

No. 04–55928.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 13, 2004.

Juan Portillo #H–80425 D2, Cesp–Centinela State Prison Facility D Yard, Imperial, CA, Pro se.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Juan Portillo, a California state prisoner, appeals pro se the dismissal for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b) of his 42 U.S.C. § 1983 action claiming that his attorney provided ineffective assistance in violation of the Sixth Amendment during a criminal trial at which Portillo was found guilty of murder. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *see Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000), and affirm.

In his complaint, Portillo alleged that his attorney, a public defender, failed to investigate and present the defense that his codefendant shot the victim. He sought declaratory relief setting aside his conviction, and he also sought damages. Citing *Smith v. City of Hemet,* 356 F.3d 1138 (9th Cir.) (holding that conviction for resisting arrest barred excessive force claim), *reh'g en banc granted,* 371 F.3d 1045 (9th Cir. 2004), he contends that the district court erred in dismissing his claims for damages as barred under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). *See Heck* at 486–87 (holding that claim for damages for allegedly unconstitutional conviction not cognizable under § 1983 unless conviction has been re-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

versed, expunged, declared invalid, or called into question by a federal court's issuance of a writ of habeas corpus). This contention lacks merit because Portillo's ineffective assistance claim attacks the validity of his conviction. *See Ramirez v. Galaza,* 334 F.3d 850, 856 (9th Cir.2003), *cert. denied,* —— U.S. ——, 124 S.Ct. 2388, 158 L.Ed.2d 963 (2004).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.